

125 Broad Street
New York, NY 10004
(212) 607 3300
Fax (212) 607 3318
www.nyclu.org

October 9, 2012

VIA ELECTRONIC CASE FILING

Honorable Therese Wiley Dancks
Magistrate Judge
 U.S. District Court for the Northern
   District of New York
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

### Re: *A.E. v City of Syracuse*, 10-cv-1542 (DNH) (TWD)

Dear Magistrate Judge Dancks:

      I am an attorney for the Plaintiff in the above-referenced case. I write to request leave to withdraw as counsel of record because I will no longer be employed by the New York Civil Liberties Union after October 9, 2012.  Rebecca Engel and Erin Harrist of the New York Civil Liberties Union will remain as counsel for the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.  For the foregoing reasons, I respectfully request that this Court permit me to withdraw as counsel of record in this matter.

      Thank you for your consideration of this request.

Respectfully submitted,

Adriana Piñon

cc: (via ECF)

Shannon T. O'Connor, Esq.
Office of the Corporation Counsel
   for the City of Syracuse
City Hall, Room 300
233 East Washington Street
Syracuse, NY 13202
315-448-8400

*Counsel for Defendants*